IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JACK DANAHER MOLLOY | Criminal No. 25-1 |

MOTION FOR ARREST WARRANT

AND NOW comes the United States of America, by its attorneys, Eric G. Olshan, United States Attorney for the Western District of Pennsylvania, and Nicole Vasquez Schmitt, Assistant United States Attorney for said District, and, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, respectfully moves the Court to issue an Order directing that an Arrest Warrant be issued for the apprehension of defendant JACK DANAHER MOLLOY, upon the grounds that an indictment has been returned in the above-captioned criminal case charging the defendant with Title 18, United States Code, Sections 2339B(a)(1) and 1001(a)(2). Recommended bond: Detention.

Respectfully submitted,

ERIC G. OLSHAN
United States Attorney

By: *s/ Nicole Vasquez Schmitt*
NICOLE VASQUEZ SCHMITT
Assistant U.S. Attorney
PA ID No. 320316

FILED
JAN 2 2025
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA