IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

v.

JACK DANAHER MOLLOY

Criminal No. 25- |

ORDER

AND NOW, to wit, this _____ day of January 2025, upon consideration of the

Motion for Arrest Warrant, heretofore filed by the United States of America, it is hereby

ORDERED that said Motion is GRANTED.

It is further ORDERED that an Arrest Warrant shall issue for the apprehension of

defendant JACK DANAHER MOLLOY.

Bond shall be set by the United States Magistrate Judge.

_____
UNITED STATES MAGISTRATE JUDGE

cc: United States Attorney

**FILED**

JAN -2 2025

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA